Robert A. Bleicher (Bar No. 111334)
Chung-Han Lee (Bar No. 231950)
HOLLAND & KNIGHT LLP
50 California Street, 28th Floor
San Francisco, California 94111
Telephone: (415) 743-6900
Facsimile: (415) 743-6910

Attorneys for Defendant
PRAXAIR DISTRIBUTION INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>PRAXAIR DISTRIBUTION INC., a foreign corporation; HARSCO CORPORATION, SHERWOOD VALVE DIVISION, a foreign corporation; ad DOES 1 THROUGH 50, inclusive,<br><br>Defendants. | Case No. CV-04-03943 SC<br><br>**DEFENDANT PRAXAIR DISTRIBUTION, INC.'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT**<br><br>Hearing Date: Friday, September 2, 2005<br>Time:         10:00 A.M.<br>Place:        Courtroom 1, 17th Floor |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Please take notice that on Friday, September 2, 2005, at 10:00 a.m. in Courtroom 1, 17th Floor, located at the United States District Court, 450 Golden Gate Avenue, San Francisco, California, defendant PRAXAIR DISTRIBUTION, INC. ("PDI") will move this Court for a judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure, dismissing with prejudice the Complaint of plaintiff FEDERAL INSURANCE COMPANY. Alternatively, PDI moves for partial summary judgment pursuant to Rule 56. PDI will make this motion on the grounds that there is no genuine issue as to any material fact, and PDI is therefore entitled to judgment as a matter of law. PDI's motion shall be based upon this Notice of Motion and Motion, the Memorandum of Points

1 and Authorities in support thereof, and the Declaration of Bill Bright and upon such other further
2 evidence as may be presented at the hearing.

4 Dated: July 29, 2005         HOLLAND & KNIGHT LLP

                               _____/s/_____
                               Robert A. Bleicher
                               Chung-Han Lee

                               Attorneys for Defendant
                               PRAXAIR DISTRIBUTION INC.

# 3100274_v1

Holland & Knight LLP
50 California Street, 28th Floor
San Francisco, CA 94111
Tel: (415) 743-6900
Fax: (415) 743-6910

-2-

DEFENDANT PRAXAIR DISTRIBUTION, INC.'S
NOTICE OF MOTION AND MOTION FOR
SUMMARY JUDGMENT

Case No. CV-04-03943 SC