1  Robert A. Bleicher (Bar No. 111334)
   Chung-Han Lee (Bar No. 231950)
2  HOLLAND & KNIGHT LLP
   50 California Street, 28th Floor
3  San Francisco, California 94111
   Telephone: (415) 743-6900
4  Facsimile: (415) 743-6910

5  Attorneys for Defendant
   PRAXAIR DISTRIBUTION INC.

6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

| FEDERAL INSURANCE COMPANY, | Case No. CV-04-03943 SC-EDL |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANT PRAXAIR DISTRIBUTION, INC.'S MOTION TO COMPEL FURTHER DISCOVERY** |
| vs. | |
| PRAXAIR DISTRIBUTION INC., a foreign corporation; HARSCO CORPORATION, SHERWOOD VALVE DIVISION, a foreign corporation; ad DOES 1 THROUGH 50, inclusive, | Hearing Date: Tuesday, August 2, 2005<br>Time: 9:00 A.M.<br>Place: Courtroom E, 15th Floor |
| Defendants. | |

18       The motion of defendant PRAXAIR DISTRIBUTION, INC. ("PDI") for an order, pursuant

19  to Federal Rule of Civil Procedure 37, to compel plaintiff FEDERAL INSURANCE COMPANY

20  ("Federal"), to provide defendants with full and complete responses to PDI's interrogatories and

21  request for production of documents, having come before the Court on August 2, 2005, and the

22  Court having considered the papers submitted by the parties in support of and in opposition to

23  defendants' motion, and having heard the arguments of counsel:

24       IT IS ORDERED that defendants' motion is granted as follows:

25       1.   Plaintiff shall provide to PDI a signed verification to its April 25, 2005 Interrogatory

26  Responses by Friday, August 5, 2005.

27       2.   Plaintiff shall provide signed Supplemental Responses to PDI's First Set of Request

28  for Production of Documents and produce all documents responsive to each and every Request in

-1-

its possession, custody and control, whether in Federal's possession or in Exlixis' possession by Tuesday, August 16, 2005. In addition, plaintiff's objections to PDI's Requests are overruled.

3. Plaintiff shall provide signed and verified Supplemental Answers to PDI's First Set of Interrogatories by Tuesday, August 16, 2005. Specifically, plaintiff shall fully answer Interrogatory Nos. 7, 8, 9, 10, 11, 15, 16,17, and 18 without objections, and plaintiff's objections to those interrogatories are overruled.

4. With respect to the interrogatories and document requests relating to PDI's training of Exelixis, the information sought relates only to any training provided by PDI to Exelixis during the period prior to the incident on or about April 2, 2002.

IT IS FURTHER ORDERED that, to the extent Federal is unable to obtain information or locate documents responsive to one or all of the Interrogatories or Document Requests, Federal shall provide PDI with a declaration from a person with personal knowledge as to the following matters: (a) the specific efforts Federal and Exelixis used to locate documents responsive to the request; (b) that all documents discovered that are responsive to the requests have been produced; (c) that Federal and Exelixis has exhausted its efforts to locate documents responsive to the request; and/or (d) an explanation why the documents responsive to the request cannot be produced.

**IT IS SO ORDERED.**

Dated: August 4, 2005



_____
United States Magistrate Judge

# 3108467_v1

---

-2-

[PROPOSED] ORDER RE MOTION TO COMPEL           Case No. CV-04-03943 SC-EDL