1  Robert A. Bleicher (Bar No. 111334)
   Chung-Han Lee (Bar No. 231950)
2  HOLLAND & KNIGHT LLP
   50 California Street, 28th Floor
3  San Francisco, California 94111
   Telephone: (415) 743-6900
4  Facsimile: (415) 743-6910

5  Attorneys for Defendant
   PRAXAIR DISTRIBUTION INC.

6

7

8                  UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11  FEDERAL INSURANCE COMPANY,

              Plaintiff,                Case No. CV-04-03943 SC/EDL
12
       vs.
13
    PRAXAIR DISTRIBUTION INC., a foreign       STIPULATION OF DISMISSAL AS TO
14  corporation; HARSCO CORPORATION,           DEFENDANT PRAXAIR
    SHERWOOD VALVE DIVISION, a foreign         DISTRIBUTION, INC.
15  corporation; ad DOES 1 THROUGH 50,
    inclusive,                                 ORDER
16
              Defendants.
17

18       IT IS HEREBY STIPULATED by and between Plaintiff FEDERAL INSURANCE

19  COMPANY and Defendant PRAXAIR DISTRIBUTION, INC., through their designated

20  counsel, that the entire action against defendant Praxair Distribution, Inc., be and hereby is

21  dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1).

22       In conjunction with this stipulation and dismissal with prejudice, Praxair Distribution,

23  Inc. hereby withdraws and respectfully requests that the Court take off calendar Praxair

24  Distribution, Inc.'s two pending motions: 1) Motion for Summary Judgment, currently pending

25  before Judge Samuel Conti and scheduled to be heard on September 2, 2005 at 10:00 a.m.; and

26  2) Motion for Award of Expenses Incurred to Make a Discovery Motion, currently pending

27  before Magistrate Judge Elizabeth D. LaPorte and schedule to be heard on September 13, 2005.

28

- 1 -

STIPULATED OF DISMISSAL                                Case No. CV-04-03943 SC/EDL

1
2  Dated: 8/24/05                        [signature]
3                                        Robert A. Bleicher (Bar No. 111334)
4                                        Chung-Han Lee (Bar No. 231950)
                                         HOLLAND & KNIGHT LLP
5                                        50 California Street, 28th Floor
                                         San Francisco, California 94111
6                                        Telephone: (415) 743-6900
                                         Facsimile: (415) 743-6910
7
                                         Attorneys for Defendant
8                                        PRAXAIR DISTRIBUTION INC.

9
10  Dated: 8/24/05                       [signature]
11                                       Edward D. Baldwin (Bar No. 160723)
                                         BRAGG & DZIESINSKI
12                                       Two Embarcadero Center, Suite 1400
                                         San Francisco, CA 94111
13                                       Telephone: (415) 954-1850
                                         Facsimile: (415) 434-2179
14
15                                       Attorneys for Plaintiff
                                         FEDERAL INSURANCE COMPANY
16
17
18
19           **PURSUANT TO STIPULATION, IT IS SO ORDERED.**
20
21
22  Dated: August 24, 2005               [signature]
23                                       Judge Samuel Conti
                                         UNITED STATES DISTRICT COURT
24                                       NORTHERN DISTRICT OF CALIFORNIA
25  # 3149612_v1
26
27
28

— 2 —

STIPULATED OF DISMISSAL                              Case No. CV-04-03943 SC/EDL