```
 1  SHEILA DOYLE KELLEY (SBN 121423)
    CRAIG L. HODGSON (SBN 225746)
 2  BECHERER, KANNETT & SCHWEITZER
    2200 Powell Street, Suite 805
 3  Emeryville, CA 94608
    Telephone:  (510) 658-3600
 4  Facsimile:  (510) 658-1151

 5  Attorneys for Defendant
    SHERWOOD, HARSCO CORPORATION GASSERVE
 6  (erroneously sued herein as "Harsco Corporation, Sherwood Valve Division")
```

### IN THE UNITED STATES DISTRICT COURT

### FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>PRAXAIR DISTRIBUTION, INC., a foreign corporation; HARSCO CORPORATION, SHERWOOD VALVE DIVISION, a foreign corporation; and DOES 1 THROUGH 50, inclusive,<br><br>Defendants. | CASE NO. CV 04-03943 SC/EDL<br><br>**STIPULATION OF DISMISSAL OF DEFENDANT SHERWOOD, HARSCO CORPORATION GASSERVE**<br><br>ORDER |

IT IS HEREBY STIPULATED by and between Plaintiff Federal Insurance Company and Defendant Sherwood, Harsco Corporation Gasserve (erroneously sued herein as "Harsco Corporation, Sherwood Valve Division"), through their designated counsel, that the entire action against Defendant Sherwood, Harsco Corporation Gasserve, be and hereby is dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

///

IT IS FURTHER STIPULATED by Plaintiff Federal Insurance Company that the entry of this dismissal constitutes the dismissal of the entire action as against all defendants. Plaintiff hereby requests that the Trial date of January 9, 2006, the Pretrial Conference set for January 6, 2006, and all other related dates be removed from the Court's calendar.

DATED: December 22, 2005        BECHERER, KANNETT & SCHWEITZER

*Sheila Doyle Kelley*
SHEILA DOYLE KELLEY (SBN 121423)
Attorneys for Defendant
SHERWOOD, HARSCO CORPORATION
GASSERVE

DATED: December 21, 2005        BRAGG & DZIESINSKI

*[signature]*
EDWARD D. BALDWIN (SBN 160723)
Attorneys for Plaintiff
FEDERAL INSURANCE COMPANY

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: ~~December ___, 2005~~
January 4, 2006

*GRANTED*
*[signature]*
Judge Samuel Conti
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

-2-

STIPULATION OF DISMISSAL OF DEFENDANT SHERWOOD,
HARSCO CORPORATION GASSERVE                CASE NO. CV-04-003943 SC/EDL